DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**PRESTIGE HOMES OF TAMARAC, INC.,** a Florida Corporation,
Appellant,

v.

**CITY OF TAMARAC,** a Municipal Corporation,
Appellee.

No. 4D17-3281

[October 23, 2019]

Appeal from the Circuit Court for the Seventeenth Judicial Circuit, Broward County; Mily Rodriguez Powell, Judge; L.T. Case No. 10-045101 CACE (03).

Robert M. Pasin, Coral Springs, for appellant.

Michael T. Burke and Duchant Johnson of Johnson Anselmo, Murdoch, Burke, Piper & Hochman, P.A., Fort Lauderdale, for appellee.

PER CURIAM.

*Affirmed. See City of Pembroke Pines v. Corr. Corp. of Am., Inc.*, 274 So. 3d 1105 (Fla. 4th DCA 2019); *Paedae v. Escambia County*, 709 So. 2d 575 (Fla. 1st DCA 1998); *City of Cape Coral v. Landahl, Brown & Weed Assocs., Inc.*, 470 So. 2d 25 (Fla. 2d DCA 1985); *City of Live Oak v. Arnold*, 468 So. 2d 410, 412 (Fla. 1st DCA 1985).

CONNER, KLINGENSMITH and KUNTZ, JJ., concur.

\*        \*        \*

***Not final until disposition of timely filed motion for rehearing.***